**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TANNER BOOKER,

      Plaintiff,

v.                                       No. 2:23-cv-18 WJ/KRS

P.A.M. TRANSPORT INC., et al.,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

At the Rule 16 scheduling conference held on April 26, 2023, the Court reviewed the

parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the

dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE