IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                        Case No. 23-cv-0018-WJ-KRS

P.A.M TRANSPORT, INC.,
P.A.M. CARTAGE CARRIERS, LLC
AND IAN MURIUKI MWANGI,

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINE FOR EXPERT DISCLOSURES

THIS MATTER having come before the Court on the Parties' Joint Motion to Amend Joint Scheduling Report and Extend Deadline for Expert Disclosure, finds there is good cause for amendment of the Scheduling Order and the Motion is well-taken.

IT IS THEREFORE ORDERED that pursuant to FED. R. CIV. P. 26(a) (2) (B), Plaintiff shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports no later than July 31, 2023, and Defendants shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports no later than August 30, 2023.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Deena L. Buchanan*
Deena L. Buchanan
Jane R. Elliott
Buchanan Law Firm, LLC
5345 Wyoming Blvd. NE, Suite 202
Albuquerque, NM 87109

1

Tel: 505-900-3559
Fax: 505-933-7551
deena@dbuchananlaw.com
jane@dbuchananlaw.com
*Attorneys for Plaintiff*

Approved by:

*Approved via email 6.9.23*
Megan Day Hill
CIVEROLO, GRALOW & HILL, P.A.
P.O Box 93940
Albuquerque, NM 87199
505-842-8255
hillm@civerolo.com
*Attorneys for Defendants*