IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                  Case No. 23-cv-0018-WJ-KRS

P.A.M TRANSPORT, INC.,
P.A.M. CARTAGE CARRIERS, LLC
AND IAN MURIUKI MWANGI,

    Defendants.

**STIPULATED ORDER EXTENDING**
**PLAINTIFF'S LR-CV 26.6 DEADLINE**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Extend Plaintiff's LR-CV 26.6 Deadline for Motion to Compel Discovery, finds there is good cause and finds the Motion well-taken to extend Plaintiff's deadline to compel Defendant Mwangi and Defendant P.A.M. Transport, Inc's discovery answers and responses from July 3, 2023, to July 7, 2023.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that pursuant to FED. R. CIV. P. 37.1, Plaintiff's LR-CV 26.6 deadline for motion to compel discovery shall be extended until July 7, 2023.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

Submitted by:

*/s/ Jane R. Elliott*
Deena L. Buchanan
Jane R. Elliott
Buchanan Law Firm, LLC
5345 Wyoming Blvd. NE, Suite 202
Albuquerque, NM 87109
Tel: 505-900-3559
Fax: 505-933-7551
deena@dbuchananlaw.com
jane@dbuchananlaw.com
*Attorneys for Plaintiff*

Approved by:

*Approved via email 6.28.23*
Megan Day Hill
CIVEROLO, GRALOW & HILL, P.A.
P.O Box 93940
Albuquerque, NM 87199
505-842-8255
hillm@civerolo.com
*Attorneys for Defendants*