IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                        Case No. 23-cv-0018-WJ-KRS

P.A.M TRANSPORT, INC.,
P.A.M. CARTAGE CARRIERS, LLC
AND IAN MURIUKI MWANGI,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Extend the Deadlines in the Current Scheduling Order, filed July 17, 2023. (Doc. 73). Having considered the joint motion, the statements of the parties at the July 11, 2023 telephonic status conference, and the record of the case, the Court extends the existing deadlines as follows:

1. Deadline for Plaintiff's expert reports: October 2, 2023;

2. Deadline for Defendants' expert reports: November 1, 2023;

3. Termination of discovery: December 15, 2023;

4. Deadline to supplement discovery/disclosures: November 13, 2023;

5. Motions relating to discovery: January 5, 2024;

6. Dispositive motions due: January 18, 2024.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Jane R. Elliott*
Deena L. Buchanan
Jane R. Elliott
Buchanan Law Firm, LLC
5345 Wyoming Blvd. NE, Suite 202
Albuquerque, NM 87109
Tel: 505-900-3559
Fax: 505-933-7551
deena@dbuchananlaw.com
jane@dbuchananlaw.com
*Attorneys for Plaintiff*


Approved by:

*Approved via email 7.14.23*
Megan Day Hill
CIVEROLO, GRALOW & HILL, P.A.
P.O Box 93940
Albuquerque, NM 87199
505-842-8255
hillm@civerolo.com
*Attorneys for Defendants*