# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                      Case No. 23-cv-0018-WJ-KRS

P.A.M. TRANSPORT, INC.,
P.A.M. CARTAGE CARRIERS, LLC
AND IAN MURIUKI MWANGI,

    Defendants.

### JOINT ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CORRECT SCRIVENER'S ERROR AND FILE SUPPLEMENTAL EXHIBIT TO MOTION TO COMPEL PAM TRANSPORT, INC. TO PROVIDE COMPLETE ANSWERS AND RESPONSES TO DISCOVERY

THIS MATTER having come before the Court on Plaintiff's Motion for Leave to Correct Scrivener's Error and File Supplemental Exhibit to Motion to Compel P.A.M. Transport, Inc. to Provide Complete Answers and Responses to Discovery, (Doc. 79), and the Court having reviewed the Motion and noted that Motion is unopposed and well-taken, finds there is good cause for the following:

    1.    Plaintiff is granted leave to file his Supplemental Exhibit to the Motion to Compel P.A.M. Transport, Inc. to Provide Complete Answers and Responses to Discovery, [Doc. 65.]

    2.    Defendant P.A.M. Transport, Inc. may have fourteen (14) days from the filing of Plaintiff's Reply to Motion to Compel Defendant P.A.M. Transport, Inc. to Provide Complete Answers and Responses to Discovery to file a limited sur-response. The sur-response will be limited to addressing only the supplementation filed by Plaintiff and will contain only arguments not previously raised in Defendant's Response. [Doc. 77.]

3. Plaintiff will have fourteen (14) days from the filing of Defendant's sur-response to file a limited sur-reply. The sur-reply will be limited to only issues raised in Defendant P.A.M. Transport, Inc.'s sur-response.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff may file his Supplemental Exhibit to the Motion to Compel P.A.M. Transport, Inc. to Provide Complete Answers and Responses to Discovery, [Doc. 65].

2. Defendant P.A.M. Transport, Inc. may have fourteen (14) days from the filing of Plaintiff's Reply to Motion to Compel Defendant P.A.M. Transport, Inc. to Provide Complete Answers and Responses to Discovery to file a limited sur-response. The sur-response will be limited only to the supplementation filed by Plaintiff and will contain only arguments not previously raised in Defendant's Response.

3. Plaintiff will have fourteen (14) days from the filing of Defendant's sur-response to file a limited sur-reply. The sur-reply will be limited to only issues raised for the first time in Defendant P.A.M. Transport, Inc.'s sur-response.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Jane R. Elliott*
Deena L. Buchanan
Jane R. Elliott
Buchanan Law Firm, LLC
5345 Wyoming Blvd. NE, Suite 202
Albuquerque, NM 87109
Tel: 505-900-3559
Fax: 505-933-7551
deena@dbuchananlaw.com
jane@dbuchananlaw.com
*Attorneys for Plaintiff*

Approved by:

*/s/ Approved via email 8.3.23*
Megan Day Hill
Lauren Wilber
CIVEROLO, GRALOW & HILL, P.A.
P.O Box 93940
Albuquerque, NM 87199
505-842-8255
hillm@civerolo.com
wilberl@civerolo.com
*Attorneys for Defendants*