IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

   Plaintiff,

v.                                                        Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.,
P.A.M. CARTAGE CARRIERS, LLC,
AND IAN MURIUKI MWANGI

   Defendants.

**STIPULATED ORDER GRANTING
DEFENDANT P.A.M. TRANSPORT, INC.'S MOTION
<u>FOR LEAVE TO EXCEED PAGE LIMITATION</u>**

**THIS MATTER**, having come before the Court on the Defendant P.A.M. Transport, Inc.'s Unopposed Motion for Leave to Exceed Page Limitation set by D.N.M.LR-Civ. 7.5. The Court finds that there is good cause to grant the Motion for Leave and it is well-taken.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant P.A.M. Transport, Inc.'s is granted leave to file a Motion for Protective Order of up to forty-two (42) pages.

**IT IS FURTHER ORDERED THAT** Plaintiff Tanner Booker is granted leave to file a Response in Opposition of up forty-two (42) pages.

   IT IS SO ORDERED.

                                                                         */s/ Kevin Sweazea*
                                             THE HONORABLE KEVIN R, SWEAZEA
                                             UNITED STATES MAGISTRATE JUDGE

Submitted and approved,

CIVEROLO, GRALOW & HILL, P.A.

By _____
    Megan Day Hill
    Lauren Wilber
    *Attorneys for Defendants P.A.M. Transport, Inc.,*
    *P.A.M. Cartage Carriers, LLC, and*
    *Ian Muriuki Mwangi*
    P.O. Box 93940
    Albuquerque, NM 87199
    hillm@civerolo.com
    wilberl@civerolo.com
    (505) 842-8255

Approved,

BUCHANAN LAW FIRM, LLC

By   *Approved via email 8/16/2023 @ 6:10 p.m.*
    Deena L. Buchanan
    *Attorney for Plaintiff*
    5345 Wyoming Blvd NE, Suite 202
    Albuquerque, NM 87109
    deena@dbuchananlaw.com
    (505) 900-3559