IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                           Case No. 23-cv-0018-WJ-KRS

P.A.M TRANSPORT, INC.,
AND IAN MURIUKI MWANGI,

    Defendants.

## **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES [Doc. 134]**

THIS MATTER is before the Court upon the parties' Joint Motion to Extend Deadlines, filed on September 21, 2023. [Doc. 134]. The Court GRANTS the motion and extends the existing deadlines as follows:

1. Deadline for Plaintiff's expert reports: February 2, 2024.

2. Deadline for Defendant's expert reports: March 1, 2024.

3. Termination of discovery: April 15, 2024.

4. Deadline to supplement discovery/disclosures: March 13, 2024.

5. Motions relating to discovery: May 6, 2024.

6. Dispositive motions due: May 20, 2024.

                                                                                 _____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Jane R. Elliott*
Deena L. Buchanan
Jane R. Elliott
Buchanan Law Firm, LLC
5345 Wyoming Blvd. NE, Suite 202
Albuquerque, NM 87109
Tel: 505-900-3559
Fax: 505-933-7551
deena@dbuchananlaw.com
jane@dbuchananlaw.com
*Attorneys for Plaintiff*

and

Maxey M. Scherr
**SCHERR LAW FIRM, PLLC**
521 Texas Ave.
El Paso, Texas 79901
(915) 881-4111
(915) 881-4119
mscherr@scherrlawfirm.com
*Attorneys for Plaintiff*


Approved by:

*Approved via email 9/21/2023*
Megan Day Hill
CIVEROLO, GRALOW & HILL, P.A.
P.O Box 93940
Albuquerque, NM 87199
505-842-8255
hillm@civerolo.com
*Attorneys for Defendants*