IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                        Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

    Defendants.

**ORDER GRANTING MOTION TO EXCUSE
DEFENDANT IAN MURIUKI MWANGI FROM ATTENDANCE AT
SETTLEMENT CONFERENCE**

**THIS MATTER** having come before the Court on Defendant Ian Muriuki Mwangi's Motion to Excuse Defendant Ian Muriuki Mwangi from the Settlement Conference on October 19, 2023, Plaintiff taking no position on the motion, and the Court being fully apprised in the matter, the Court finds that the Motion is well-taken.

**IT IS THEREFORE ORDERED** that Defendant Ian Muriuki Mwangi is excused from attending the Settlement Conference on October 19, 2023.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

CIVEROLO, GRALOW & HILL, P.A.

By  /s/ Megan Day Hill
　　Megan Day Hill
　　*Attorneys for Defendants P.A.M. Transport, Inc. and Ian Muriuki Mwangi*
　　P.O. Box 93940
　　Albuquerque, NM 87199
　　hillm@civerolo.com
　　(505) 842-8255

BUCHANAN LAW FIRM, LLC

By  *No Position*
　　Deena L. Buchanan
　　*Attorney for Plaintiff*
　　5345 Wyoming Blvd NE, Suite 202
　　Albuquerque, NM 87109
　　deena@dbuchananlaw.com
　　(505) 900-3559

SCHERR LAW FIRM, PLLC

By  *No Position*
　　Maxey Scherr
　　*Attorney for Plaintiff*
　　521 Texas Ave.
　　El Paso, TX 79901
　　mscherr@scherrlawfirm.com
　　(915) 881-4111