IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                 Case No. 2:23-cv-18 WJ/KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

    Defendants.

## ORDER AWARDING FEES

THIS MATTER is before the Court on Defendant P.A.M. Transport, Inc.'s Cost Bill, (Doc. 138), and Motion to Tax Costs, (Doc. 146). On September 20, 2023, the Court granted Defendant P.A.M. Transport, Inc.'s Motion to Compel, and ordered Plaintiff to pay Defendant's reasonable attorney's fees and expenses incurred in bringing the Motion to Compel. (Doc. 133). Defendant's counsel filed a Cost Bill outlining and itemizing their fees and costs in the amount of $1,252.39 for fees and costs. (Doc. 138). Additionally, Defendant filed a Motion to Tax Costs asking the Court to award Defendant the amount of fees set forth in the Bill of Costs, and noting that Plaintiff does not oppose the Motion. (Doc. 146).

Based on the foregoing, it is ORDERED that Defendant P.A.M. Transport, Inc.'s Motion to Tax Costs, (Doc. 146), is GRANTED and Plaintiff shall pay Defendant $1,252.39 within ten (10) days of entry of this Order.

IT IS SO ORDERED.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

CIVEROLO, GRALOW & HILL, P.A.

By   /s/ Megan Day Hill
   Megan Day Hill
   *Attorneys for Defendants P.A.M. Transport, Inc. and Ian Muriuki Mwangi*
   P.O. Box 93940
   Albuquerque, NM 87199
   hillm@civerolo.com
   (505) 842-8255

**APPROVED AS TO FORM ONLY:**

BUCHANAN LAW FIRM, LLC

By   *Approved 10/5/2022, via phone conference*
   Deena L. Buchanan
   *Attorney for Plaintiff*
   5345 Wyoming Blvd NE, Suite 202
   Albuquerque, NM 87109
   deena@dbuchananlaw.com
   (505) 900-3559

AND

SCHERR LAW FIRM, PLLC

By   *Approved 10/5/2022, via phone conference*
   Maxey Scherr
   *Attorney for Plaintiff*
   521 Texas Ave.
   El Paso, TX  79901
   mscherr@scherrlawfirm.com
   (915) 881-4111