IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                            Case No. 23-cv-0018-WJ-KRS

P.A.M TRANSPORT, INC.,
AND IAN MURIUKI MWANGI,

    Defendants.

## ORDER EXTENDING ALL OTHER MOTIONS DEADLINE

THIS MATTER having come before the Court upon the Parties' Joint Motion to Extend All Other Motions Deadline, filed on October 17, 2023 [Doc. 156], and the Court finds there is good cause to extend the existing deadline as follows:

1.    Deadline for all other motions: May 20, 2024.  This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*.  The Court will set a motions *in limine* deadline in a separate order.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Jane R. Elliott*
Deena L. Buchanan
Jane R. Elliott
Buchanan Law Firm, LLC
5345 Wyoming Blvd. NE, Suite 202
Albuquerque, NM 87109
Tel: 505-900-3559

Fax: 505-933-7551
deena@dbuchananlaw.com
jane@dbuchananlaw.com
*Attorneys for Plaintiff*


and

Maxey M. Scherr
**SCHERR LAW FIRM, PLLC**
521 Texas Ave.
El Paso, Texas 79901
(915) 881-4111
(915) 881-4119
mscherr@scherrlawfirm.com
*Attorneys for Plaintiff*


Approved by:

 *Approved via email 10/17/23*
Megan Day Hill
CIVEROLO, GRALOW & HILL, P.A.
P.O Box 93940
Albuquerque, NM 87199
505-842-8255
hillm@civerolo.com
*Attorneys for Defendants*