IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                    Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

    Defendants.

**SECOND STIPULATED ORDER GRANTING DEFENDANT P.A.M. TRANSPORT, INC.'S MOTION TO EXTEND LR-CV 26.6 DEADLINE FOR <u>MOTION TO COMPEL DISCOVERY</u>**

    **THIS MATTER** having come before the Court on Defendant P.A.M. Transport, Inc.'s Second Motion to Extend LR-CV 26.6 Deadline for Motion to Compel Discovery [Doc 172] and the Court, having reviewed the Motion, and otherwise being fully advised, finds that the Motion should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendant P.A.M. Transport, Inc.'s Motion to Extend LR-CV 26.6 Deadline for Motion to Compel Discovery is granted and Defendant shall have until December 11, 2023 to proceed with a motion to compel pursuant to Fed.R.Civ.P. 37(a).

    **IT IS SO ORDERED**.

                                                            KEVIN R. SWEAZEA
                                                            UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

CIVEROLO, GRALOW & HILL, P.A.


By  /s/ Megan Day Hill
    Megan Day Hill
    *Attorneys for Defendants*
    *P.A.M. Transport, Inc.*
    *and Ian Muriuki Mwangi*
    P.O. Box 93940
    Albuquerque, NM 87199
    hillm@civerolo.com
    (505) 842-8255

**APPROVED AS TO FORM ONLY:**

BUCHANAN LAW FIRM, LLC


By  *approved via email 11/06/2023*
    Deena L. Buchanan
    *Attorney for Plaintiff*
    5345 Wyoming Blvd NE, Suite 202
    Albuquerque, NM 87109
    deena@dbuchananlaw.com
    (505) 900-3559

AND

SCHERR LAW FIRM, PLLC


By  *approved via email 11/06/2023*
    Maxey Scherr
    *Attorney for Plaintiff*
    521 Texas Ave.
    El Paso, TX  79901
    mscherr@scherrlawfirm.com
    (915) 881-4111