IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

      Plaintiff,

v.                                        Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** having come before the Court on the parties' Joint Motion to Extend Deadlines [Doc 178] and the Court, having reviewed the Motion, and otherwise being fully advised, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following deadlines are extended by ninety (90) days:

1. The new deadline for Plaintiff's expert disclosure/reports will be May 3, 2024.

2. The new deadline for Defendants' expert disclosure/reports will be June 2, 2024.

3. The new deadline for the parties to supplement disclosure/reports will be June 11, 2024.

4. The new deadline for the termination of discovery will be July 14, 2024.

5. The new deadline for motions relating to discovery will be August 4, 2024.

6. The new deadline for dispositive motions and all other motions (related to admissibility of experts or expert testimony that may require a *Daubert* hearing) will be August 18, 2024.

**IT IS SO ORDERED**.

                                                        /s/ Kevin Sweazea
_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

CIVEROLO, GRALOW & HILL, P.A.


By: */s/ Megan Day Hill*
    Megan Day Hill
    *Attorneys for Defendants P.A.M. Transport, Inc.*
    *and Ian Muriuki Mwangi*
    P.O. Box 93940
    Albuquerque, NM 87199
    hillm@civerolo.com
    (505) 842-8255

SCHERR LAW FIRM, PLLC

By: *Approval via email 11/10/23*
    Maxey Scherr
    *Attorney for Plaintiff*
    521 Texas Ave.
    El Paso, TX  79901
    mscherr@scherrlawfirm.com
    (915) 881-4111

and

    Deena L. Buchanan
    *Attorney for Plaintiff*
    Buchanan Law Firm, LLC
    5345 Wyoming Blvd NE, Suite 202
    Albuquerque, NM 87109
    deena@dbuchananlaw.com
    (505) 900-3559