IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                             No. 2:23-cv-18 WJ/KRS

P.A.M. TRANSPORT, INC., and
IAN MURIUKI MWANGI,

    Defendants.

## ORDER AWARDING ATTORNEY'S FEES AND COSTS

**THIS MATTER** is before the Court on the Affidavit of Defendants' counsel filed November 2, 2023. (Doc. 171). On November 1, 2023, the Court awarded Defendants seventy-five percent (75%) of their attorney's fees and costs incurred in connection with responding to Plaintiff's Motion to Compel, (Doc. 65), and set deadlines for Defendants to file an affidavit and for Plaintiff to object. (Doc. 170) at 21. Defendants' counsel filed an Affidavit stating that she incurred a total of $4,320.60 in responding to the Motion to Compel, and 75% of that amount is $3,240.45. (Doc. 171). Plaintiff did not file objections to the amount claimed by Defendants.

    **IT IS THEREFORE ORDERED** that Defendants are awarded $3,240.45 in attorney's fees and costs.

    **IT IS FURTHER ORDERED** that Plaintiff shall pay such fees within fourteen (14) days of entry of this Order.

    **IT IS SO ORDERED.**

                                                                                   _____
                                                                                  KEVIN R. SWEAZEA
                                                                                  UNITED STATES MAGISTRATE JUDGE