IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                                                No. 2:23-cv-18 WJ/KRS

P.A.M. TRANSPORT, INC., and
IAN MURIUKI MWANGI,

    Defendants.

### ORDER AWARDING ATTORNEY'S FEES AND COSTS

**THIS MATTER** is before the Court on the Affidavits of Plaintiff's counsel filed January 19, 2024. (Doc. 189, 190). On January 11, 2024, the Court awarded Plaintiff attorney's fees and costs incurred in responding to Defendants' Motion to Compel Releases and for Discovery Sanctions, (Doc. 147), and set deadlines for Plaintiff to file an affidavit and for Defendants to object. (Doc. 188) at 5. Plaintiff's counsel filed two Affidavits reflecting they incurred a total of $3,395.00 in responding to the Motion to Compel. (Docs. 189, 190). Defendants did not file objections to the amount claimed by Plaintiff.

**IT IS THEREFORE ORDERED** that Plaintiff is awarded $3,395.00 in attorney's fees and costs.

**IT IS FURTHER ORDERED** that Defendants shall pay such fees within fourteen (14) days of entry of this Order.

**IT IS SO ORDERED.**

                                                                          KEVIN R. SWEAZEA
                                                                          UNITED STATES MAGISTRATE JUDGE