# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

      Plaintiff,

v.                                        Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** having come before the Court on Defendants' Unopposed Motion to Extend Deadlines [Doc 108] and the Court, having reviewed the Motion, and otherwise being fully advised, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following deadlines are extended as follows:

1. The new deadline for Plaintiff's expert disclosure/reports is September 2, 2024.

2. The new deadline for Defendants' expert disclosure/reports is October 2, 2024.

3. The new deadline for the parties to supplement discovery/disclosures is November 11, 2024.

4. The new deadline for the termination of discovery is January 14, 2025.

5. The new deadline for motions relating to discovery is January 28, 2025.

6. The new deadline for dispositive motions and all other motions/motions relating to admissibility of experts or expert testimony that may require a *Daubert* hearing, is February 4, 2025.

7. All other deadlines remain in effect.

    **IT IS SO ORDERED**.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

CIVEROLO, GRALOW & HILL, P.A.


By  /s/ Megan Day Hill
   Megan Day Hill
   *Attorneys for Defendants*
   *P.A.M. Transport, Inc.*
   *and Ian Muriuki Mwangi*
   P.O. Box 93940
   Albuquerque, NM 87199
   hillm@civerolo.com
   (505) 842-8255

**APPROVED AS TO FORM ONLY:**

BUCHANAN LAW FIRM, LLC

By  *Approved via email, 7/11/2024, 4:20 p.m.*
   Deena L. Buchanan
   *Attorneys for Plaintiff*
   5345 Wyoming Blvd NE, Suite 202
   Albuquerque, NM 87109
   deena@dbuchananlaw.com
   (505) 900-3559

AND

SCHERR LAW FIRM, PLLC

By  *Approved via email, 7/11/2024, 4:20 p.m.*
   Maxey Scherr
   *Attorney for Plaintiff*
   521 Texas Ave.
   El Paso, TX  79901
   mscherr@scherrlawfirm.com
   (915) 881-4111