IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                                                              No. 2:23-cv-18 WJ/KRS

P.A.M. TRANSPORT, INC. and
IAN MURIUKI MWANGI,

    Defendants.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Defendants' Expedited Motion to Compel Rule 35 Medical Exam of Plaintiff, (Doc. 216), filed August 5, 2024. Defendants ask the Court to order Plaintiff to undergo a Rule 35 Medical Exam (Neuropsychological) in Albuquerque, New Mexico. Defendants state that Plaintiff seeks to impose a variety of restrictions and limitations on the Rule 35 Exam. Considering Defendants' request for expedited review due to their expert report deadline of October 2, 2024, the Court orders expedited briefing as follows:

1.     Plaintiff's response to Defendants' Expedited Motion to Compel Rule 35 Medical Exam of Plaintiff, (Doc. 216), is due by **August 12, 2024**; and

2.     Defendants' reply is due by **August 16, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE