IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                                     Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES**

**THIS MATTER** having come before the Court on Defendants' Unopposed Motion to Extend Deadlines, (Doc. 249), and the Court, having reviewed the Motion, and otherwise being fully advised, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following deadlines are extended as follows:

    1.    The new deadline for the parties to supplement discovery/disclosures is Friday, January 10, 2025;

    2.    The new deadline for the termination of discovery is Monday, March 31, 2025;

    3.    The new deadline for motions relating to discovery is Monday, March 31, 2025;

    4.    The new deadline for dispositive motions and all other motions/motions relating to admissibility of experts or expert testimony that may require a *Daubert* hearing, is Monday, April 7, 2025; and

    5.    All other deadlines remain in effect.

**IT IS SO ORDERED**.

                                                                      _____
                                                                      KEVIN R. SWEAZEA
                                                                      UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

CIVEROLO, GRALOW & HILL, P.A.

By    /s/ Lance D. Richards
    Megan Day Hill
    Lance D. Richards
    *Attorneys for Defendants*
    *P.A.M. Transport, Inc.*
    *and Ian Muriuki Mwangi*
    P.O. Box 93940
    Albuquerque, NM 87199
    hillm@civerolo.com
    (505) 842-8255

**APPROVED BY:**

BUCHANAN LAW FIRM, LLC

By    *Approved via email, 9/20/24 at 2:35*
    Deena L. Buchanan
    Jane Elliott
    *Attorneys for Plaintiff*
    5345 Wyoming Blvd NE, Suite 202
    Albuquerque, NM 87109
    deena@dbuchananlaw.com
    (505) 900-3559

AND

    Maxey Scherr
    *Attorney for Plaintiff*
    521 Texas Ave.
    El Paso, TX  79901
    mscherr@scherrlawfirm.com
    (915) 881-4111