IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

    Plaintiff,

v.                                                               No. 2:23-cv-18 WJ/KRS

P.A.M. TRANSPORT INC., et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Defendants' Expedited Motion to Extend Expert Report Deadlines for Defendants' Expert Witnesses ("Motion"), (Doc. 254), filed September 23, 2024. Defendants seek a 60-day extension to December 2, 2024, to produce their expert reports. Defendants' current expert report deadline is October 2, 2024, well before the parties' briefing will be complete on the instant Motion. Considering Defendants' request for expedited review due to their expert report deadline of October 2, 2024, the Court orders expedited briefing as follows:

1. Plaintiff's response to Defendants' Expedited Motion to Extend Expert Report Deadlines for Defendants' Expert Witnesses, (Doc. 254), is due by **Friday, September 27, 2024**; and

2. Defendants reply is due by **Monday, September 30, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE