IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TANNER BOOKER,

        Plaintiff,

v.                                            Case No. 2:23-cv-00018-WJ-KRS

P.A.M TRANSPORT, INC.
AND IAN MURIUKI MWANGI,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES

**THIS MATTER** having come before the Court on the Parties' motion to extend deadlines (Doc. 308),[1] and the Court, having reviewed the motion, and otherwise being fully advised, finds that the motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the following deadlines are extended as follows:

1. The new deadline for Defendants' expert disclosure/reports is Tuesday, March 11, 2025.

2. The new deadline for the parties to supplement discovery/disclosures is Tuesday, April 15, 2025.

3. The new deadline for the termination of discovery is Friday, May 23, 2025.

4. The new deadline for motions relating to discovery is Friday, May 23, 2025.

---

[1] The motion is titled "Third Joint Motion To Extend Deadlines" but it is not clear where the "Third" comes from. By the Court's count, this is more like the fifth or sixth agreed motion to extend deadlines that has been filed in the case. *See* (Doc. 296 at 3-7).

5.  The new deadline for dispositive motions and all other motions/motions relating to admissibility of experts or expert testimony that may require a *Daubert* hearing, is Friday, June 20, 2025.

6.  All other deadlines remain in effect.

IT IS SO ORDERED this 5th day of December, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

CIVEROLO, GRALOW & HILL, P.A.

By: */s/ Megan Day Hill*
    Megan Day Hill
    *Attorneys for Defendants*
    *P.A.M. Transport, Inc.*
    *and Ian Muriuki Mwangi*
    P.O. Box 93940
    Albuquerque, NM 87199
    hillm@civerolo.com
    (505) 842-8255

**APPROVED:**

SCHERR LAW FIRM, PLLC

By: */s/ Maxey Scherr*
    Maxey Scherr
    *Attorney for Plaintiff*
    521 Texas Ave.
    El Paso, TX  79901
    mscherr@scherrlawfirm.com
    (915) 881-4111

AND

BUCHANAN LAW FIRM, LLC

By: */s/ Deena L. Buchanan*
    Deena L. Buchanan
    *Attorneys for Plaintiff*
    5345 Wyoming Blvd NE, Suite 202
    Albuquerque, NM 87109
    deena@dbuchananlaw.com
    (505) 900-3559